JS - 6/ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DANIEL ESPARZA,

    Petitioner,

v.

LARRY SMALL, Warden,

    Respondent.

Case No.   CV 09-6251-PSG (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: March 18, 2010

_____
Philip S. Gutierrez
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY